**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: WEISSENHOFER, RONALD | § Case No. 10-03996-JS |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 12/17/2010 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/10/2010            By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                            Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: WEISSENHOFER, RONALD | § | Case No. 10-03996-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $ 10,001.52

*and approved disbursements of*   $ 0.00

*leaving a balance on hand of* [1]   $ 10,001.52

**Balance on hand:**   $ 10,001.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 10,001.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 1,750.14 | 0.00 | 1,750.14 |
| Attorney for Trustee, Fees - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 1,025.00 | 0.00 | 1,025.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 24.16 | 0.00 | 24.16 |

Total to be paid for chapter 7 administration expenses: $ 2,799.30
Remaining balance: $ 7,202.22

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,202.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 939,670.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 1 | Downers Grove National Bank | 857,940.50 | 0.00 | 6,575.71 |
| 2 | Chase Bank USA, N.A. | 8,888.38 | 0.00 | 68.13 |
| 3 | Chase Bank USA, N.A. | 44,272.44 | 0.00 | 339.33 |
| 4 | Chase Bank USA, N.A. | 11,444.25 | 0.00 | 87.71 |
| 5 | American Express Centurion Bank | 16,598.35 | 0.00 | 127.22 |
| 6 | HSBC Bank Nevada, N.A. | 526.94 | 0.00 | 4.04 |

Total to be paid for timely general unsecured claims: $ 7,202.14
Remaining balance: $ 0.08

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.08

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.08 |

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE
             Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt              Page 1 of 1          Date Rcvd: Nov 10, 2010
Case: 10-03996                Form ID: pdf006            Total Noticed: 26
```

The following entities were noticed by first class mail on Nov 12, 2010.
```
db           +Ronald A Weissenhofer,    2122 Camellia Court,    Naperville, IL 60565-2836
aty          +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski, Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty          +Kathleen McGuire,    Grochocinski, Grochocinski & Lloyd, Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Michael A Phelps,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Stephen W Moore,    18141 Dixie Highway,    Ste. 115,    Homewood, IL 60430-2242
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
15050188      American Express,    P. O. Box 297879,    Ft. Lauderdale, FL 33329-7879
15615936      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15518827      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15050189     +Chase Visa,    P. O. Box 15153,    Wilmington, DE 19886-5153
15508837     +Downers Grove National Bank,    c/o Patrick J. Williams,    901 Warrenville Rd #175,
               Lisle, IL 60532-4379
15050190     +Downers Grove National Bank,    5140 Main St.,    Downers Grove, IL 60515-4610
15050191     +GMAC Mortgage Corporation,    P. O. Box 780,    Waterloo, IA 50704-0780
15669215     +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
15050192     +JPMorgan Chase Bank,    Home Equity And Consumer Lending,    1111 Polaris Parkway,
               Columbus, OH 43240-2031
15050193     +Kevin Dermody,    123 W. Washington,    Oswego, IL 60543-8214
15050194     +Make Us An Offer 6,    1324 Seven Springs Blvd.,    New Port Richey, FL 34655-5635
15050195     +National City Bank,    P.O. Box 1030,    Oshtemo, MI 49077-1030
15050196     +Park National Bank,    1026 Ogden Ave.,    Lisle, IL 60532-1340
15050197     +Roman Catholic Diocese Of Joliet,    2220 Lisson Road,    Naperville, IL 60565-5234
15050198      Visa Card Member Services,    P. O. Box 15972,    Wilmington, DE 19886-5922
15050186     +Weissenhofer Ronald A,    2122 Camellia Court,    Naperville, IL 60565-2836
15050199     +William Shillerstom,    15 S. Webster,    Naperville, IL 60540-5342
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15050187*    +Stephen W Moore,    18141 Dixie Highway Suite 115,    Homewood, IL 60430-2242
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2010**          **Signature:** _Joseph Speetjens_