**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WEISSENHOFER, RONALD § Case No. 10-03996-JS
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $9,885.00 |
| Total Distribution to Claimants: $7,202.35 | Claims Discharged Without Payment: $932,468.51 |
| Total Expenses of Administration: $2,799.30 | |

    3) Total gross receipts of $ 10,001.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,001.65 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,799.30 | 2,799.30 | 2,799.30 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 939,670.86 | 939,670.86 | 7,202.35 |
| **TOTAL DISBURSEMENTS** | $0.00 | $942,470.16 | $942,470.16 | $10,001.65 |

    4) This case was originally filed under Chapter 7 on February 21, 2000. The case was pending for 131 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2011     By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 LEXUS LX430 | 1129-000 | 10,000.00 |
| Interest Income | 1270-000 | 1.65 |
| **TOTAL GROSS RECEIPTS** | | **$10,001.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 1,750.14 | 1,750.14 | 1,750.14 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 1,025.00 | 1,025.00 | 1,025.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 24.16 | 24.16 | 24.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,799.30 | 2,799.30 | 2,799.30 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Downers Grove National Bank | 7100-000 | N/A | 857,940.50 | 857,940.50 | 6,575.90 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,888.38 | 8,888.38 | 68.13 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 44,272.44 | 44,272.44 | 339.34 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 11,444.25 | 11,444.25 | 87.72 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 16,598.35 | 16,598.35 | 127.22 |
| 6 | HSBC Bank Nevada, N.A. | 7100-000 | N/A | 526.94 | 526.94 | 4.04 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 939,670.86 | 939,670.86 | 7,202.35 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-03996-JS  
**Case Name:** WEISSENHOFER, RONALD  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 02/21/00 (f)  
**§341(a) Meeting Date:** 03/16/10  

**Period Ending:** 02/09/11  

**Claims Bar Date:** 07/19/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHASE CHECKING | 100.00 | 0.00 | | 0.00 | FA |
| 2 | CHASE SAVINGS ACCT | 10.00 | 0.00 | | 0.00 | FA |
| 3 | MISC FURNTIURE | 3,500.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 5 | STATE FARM LIFE INS | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | 100% PROPERTY CONCIERGE SVC INC. | 300.00 | 0.00 | | 0.00 | FA |
| 7 | 2.5% MAKE US AN OFFER 6 LLC | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 33 1/3% INTEREST IN MUSTANG LLC | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 5% MAKE US AN OFFER SEVEN LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 5% SCHILLERWISE LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 67% RTB PROPERTIES LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 2002 HYUNDAI SANTA FE | 2,475.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 LEXUS LX430 | 10,900.00 | 10,900.00 | | 10,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.65 | FA |
| 14 | Assets    Totals (Excluding unknown values) | **$20,785.00** | **$10,900.00** | | **$10,001.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPROT FILED AND CHECK ISSUED 12/20/10; AWAITING CLEARANCE OF SAME TO PREPARE TDR

**Initial Projected Date Of Final Report (TFR):**   June 30, 2011        **Current Projected Date Of Final Report (TFR):**   November 10, 2010  (Actual)

Printed: 02/09/2011 01:58 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-03996-JS
**Case Name:** WEISSENHOFER, RONALD

**Taxpayer ID #:** **-***4994
**Period Ending:** 02/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******19-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/21/10 | {13} | RONALD WEISSENHOFER | INTERSET IN LEXUS | 1129-000 | 10,000.00 | | 10,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.10 | | 10,000.10 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,000.52 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,000.94 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,001.36 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,001.44 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,001.52 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,001.60 |
| 12/20/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 10,001.65 |
| 12/20/10 | | To Account #9200******1966 | transfer funds to prepare for final distribution | 9999-000 | | 10,001.65 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,001.65 | 10,001.65 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,001.65 | |
| | | | **Subtotal** | | 10,001.65 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,001.65** | **$0.00** | |

{} Asset reference(s)

Printed: 02/09/2011 01:58 PM    V.12.56

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-03996-JS
**Case Name:** WEISSENHOFER, RONALD

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******19-66 - Checking Account

**Taxpayer ID #:** **-***4994
**Period Ending:** 02/09/11

**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/10 | | From Account #9200******1965 | transfer funds to prepare for final distribution | 9999-000 | 10,001.65 | | 10,001.65 |
| 12/20/10 | 101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $1,750.14, Trustee Compensation;  Reference: | 2100-000 | | 1,750.14 | 8,251.51 |
| 12/20/10 | 102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $1,025.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,025.00 | 7,226.51 |
| 12/20/10 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $24.16, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 24.16 | 7,202.35 |
| 12/20/10 | 104 | Downers Grove National Bank | Dividend paid   0.76% on $857,940.50; Claim# 1; Filed: $857,940.50; Reference: | 7100-000 | | 6,575.90 | 626.45 |
| 12/20/10 | 105 | Chase Bank USA, N.A. | Dividend paid   0.76% on $8,888.38; Claim# 2; Filed: $8,888.38; Reference: | 7100-000 | | 68.13 | 558.32 |
| 12/20/10 | 106 | Chase Bank USA, N.A. | Dividend paid   0.76% on $44,272.44; Claim# 3; Filed: $44,272.44; Reference: | 7100-000 | | 339.34 | 218.98 |
| 12/20/10 | 107 | Chase Bank USA, N.A. | Dividend paid   0.76% on $11,444.25; Claim# 4; Filed: $11,444.25; Reference: | 7100-000 | | 87.72 | 131.26 |
| 12/20/10 | 108 | American Express Centurion Bank | Dividend paid   0.76% on $16,598.35; Claim# 5; Filed: $16,598.35; Reference: | 7100-000 | | 127.22 | 4.04 |
| 12/20/10 | 109 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.04 | 0.00 |

|   |   |   |
|---|---|---|
| ACCOUNT TOTALS | 10,001.65 | 10,001.65 | $0.00 |
| Less: Bank Transfers | 10,001.65 | 0.00 | |
| Subtotal | 0.00 | 10,001.65 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $10,001.65 | |

Net Receipts : 10,001.65
Net Estate : $10,001.65

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******19-65 | 10,001.65 | 0.00 | 0.00 |
| Checking # 9200-******19-66 | 0.00 | 10,001.65 | 0.00 |
| | $10,001.65 | $10,001.65 | $0.00 |